UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ELENA STRUJAN,

          *Plaintiff*,

-against-

NATIONWIDE AFFINITY INSURANCES
COMPANY OF AMERICA, ELIZABETH
MINER, ROBERT BROWN, THE CITY OF
NEW YORK POLICE DEPARTMENT
114TH PRECINCT, POLICE OFFICER
OTERO, APPLE QUEENS CENTER, JEFF
DOBSON, HAYDEN DOE, LAW OFFICE
OF IRINA P. VAIMAN, ESQ., IRINA P.
VAIMAN, CHRISTOPHER J. VOLPE,
CHRISTOPHER J. VOLPE, ESQ.,
HOLLANDER LEGAL GROUP, PC,
FOREST HILLS HEALTHCARE
PHYSICIAN, PC, EYAD M. HIJAZIN, ALL
OTHERS UNLISTED, BOTH KNOWN AND
UNKNOWN AT THIS TIME
          *Defendants*.

------------------------------------------------------------X

19 MC 410 (PAC)

**OPINION & ORDER**

      The Clerk of the Court is directed to convert this case to a civil case as an unassigned case. Plaintiff is directed to either pay the $400.00 filing fee or submit an application to proceed *in forma pauperis*. The Clerk of the Court is directed to refund the $47.00 miscellaneous fee to the litigant and close this miscellaneous case. This case is referred to the Pro Se Litigation Unit for review.

Dated: New York, New York
      September 13, 2019

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

1